Dismissed and Memorandum Opinion filed November 6, 2003









Dismissed and Memorandum Opinion filed November 6,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00220-CV

____________

 

C.S.P., INC. a/k/a COORDINATED
SERVICES PLUS, INC., Appellant

 

V.

 

MARY MAXINE PENNINGTON, Individullay an as Heir to the Estate of PATRICK JOHN
PENNINGTON, SR., Deceased, and as next friend of ALAN MITCHELL PENNINGTON, a
minor child, PATRICK JOHN PENNINGTON, JR., and RAYMOND RONALD PENNINGTON,
Individually and as Heirs to the Estate of PATRICK JOHN PENNINGTON, SR.,
Deceased, Appellees

 



 

On Appeal from the 400th
District Court

Fort Bend County, Texas

Trial Court Cause No. 109,347

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed January 6,
2003.  On April 24, 2003, this Court
ordered the parties to mediation. 
Although the parties initially reached a tentative settlement, they were
unable to finally resolve their dispute. 
On October 24, 2003, appellant filed a motion to dismiss the appeal
because it no longer desires to pursue the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.








Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed November 6, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.